# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

**Before**

MICHAEL S. KANNE, *Circuit Judge*

JOHN D. TINDER, *Circuit Judge*

DAVID R. HERNDON, *District Judge**

No. 10-2480

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Appeal from the United States District |
| *Plaintiffs-Appellees*, | Court for the Eastern District of Wisconsin. |
| *v.* | |
| | No. 09-C-692 |
| GEORGE A. WHITING PAPER COMPANY, et al., | |
| *Defendant-Appellant*. | William C. Griesbach, |
| | *Judge*. |
| APPEAL OF: | |
| APPLETON PAPERS INC. and NCR CORPORATION, | |
| *Intervenors.* | |

**O R D E R**

On consideration of the motion to modify text in the decision by Intervenor-Appellant Appleton Papers Inc. on May 9, 2011, the opinion issued in the above-entitled case on May 4, 2011, is hereby **AMENDED** as follows:

Page 2, lines 18-21, insert "The Governments contend" before "Appleton and NCR are responsible . . . ." and replace "They" with "Their predecessors, according to the Governments,".

---

*The Honorable David R. Herndon, Chief Judge of the United States District Court for the Southern District of Illinois, sitting by designation.